**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| GERALD SANDERS, | |
| Plaintiff, | |
| v. | CASE NO. 1:25-CV-668-HAB-ALT |
| FORT WAYNE POLICE DEPARTMENT, et al., | |
| Defendants. | |

## OPINION AND ORDER

Plaintiff Gerald Sanders, proceeding *pro se*, filed his initial complaint against Defendants Fort Wayne Police Department, Allen County Police Department, Indiana Sheriffs Association, Sharon Tucker, Troy Heshburger, Scott Caudill, the Indiana Attorney General, the Secretary of State of Indiana, the Fort Wayne County Clerk, and Bob Alderman, in the United States District Court for the Eastern District of New York on November 5, 2025. (ECF No. 1). The case was transferred to this District on December 11, 2025. (ECF No. 4). Sanders neither paid the $405 filing fee nor filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a).

The Court issued an Order on March 25, 2026 (1) directing the clerk to put this cause number on a blank AO 239 (Rev. 1/15) (INND Rev. 8/16) form and send it to Sanders along with a copy of the Order, (2) granting Sanders until April 24, 2026 to respond to the Order, and (3) cautioning Sanders that a failure to respond by the deadline may result in dismissal. (ECF No. 5). Sanders did not respond by the deadline. Therefore, this case is DISMISSED.

**SO ORDERED** on May 12, 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT